# IN THE SUPREME COURT OF THE STATE OF NEVADA

AMBER GATESMAN; COOPER TOONE; KRYSTA GARCIA; AND KYLEE GARCIA,

Appellants,

vs.

STERLING MEDICAL CORPORATION; AND AMBER PATTERSON,

Respondents.

No. 68308

**FILED**

MAR 0 1 2016



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Douglas W. Herndon, District Judge
Lansford W. Levitt, Settlement Judge
Gallian Welker & Beckstrom, LC
Alverson Taylor Mortensen & Sanders
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

16-06629